BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



FILED
AUG 27 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>          Plaintiff<br><br>     v.<br><br>BRAD WILLIAM HESSE,<br>DAVID BOYD SPIVEY,<br>MICHAEL IAN CONWAY, and<br>MICHELLE LEE PRINCE,<br><br>          Defendants | CASE NO. 1:10-CR-347 LJO<br><br>ORDER TO UNSEAL<br>INDICTMENT |

This Indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed as to ALL DEFENDANTS, and be made public record.

DATED: 8/27/10

_____
DENNIS L. BECK
U.S. Magistrate Judge