BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-CR-00347 LJO |
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND NAMED DEFENDANTS |
| v. | |
| BRAD WILLIAM HESSE, DAVID BOYD SPIVEY, MICHAEL IAN CONWAY, and MICHELLE LEE PRINCE, | |
| Defendants. | |

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal information including but not limited to Social Security numbers, dates of birth, driver's license numbers, bank account numbers, telephone numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

1

1   The parties agree that entry of a stipulated protective order
2 is appropriate.
3   THEREFORE, defendant MICHELLE LEE PRINCE, by and through her
4 counsel of record ("Defense Counsel"), and plaintiff the United
5 States of America, by and through its counsel of record, hereby
6 agree and stipulate as follows:
7   1.   This Court may enter protective orders pursuant to Rule
8 16(d) of the Federal Rules of Criminal Procedure, and its general
9 supervisory authority.
10   2.   This Order pertains to all discovery provided to or made
11 available to Defense Counsel as part of discovery in this case
12 (hereafter, collectively known as "the discovery").
13   3.   By signing this Stipulation and Protective Order, Defense
14 Counsel agree not to share any documents that contain Protected
15 Information with anyone other than Defense Counsel and designated
16 defense investigators and support staff.  Defense Counsel
17 may permit each defendant to view unredacted documents in the
18 presence of his attorney, defense investigators, and support staff.
19 The parties agree that Defense Counsel, defense investigators, and
20 support staff shall not allow the defendants to copy Protected
21 Information contained in the discovery.  The parties agree that
22 Defense Counsel, defense investigators, and support staff may
23 provide the defendants with copies of documents from which Protected
24 Information has been redacted.
25   4.   The discovery and information therein may be used only in
26 connection with the litigation of this case and for no other
27 purpose.  The discovery is now and will forever remain the property
28 of the United States Government.  Defense Counsel will return the

2

discovery to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising his respective defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that a defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

DATED: October 15, 2010          By:   /s/ John F. Garland
                                       JOHN F. GARLAND
                                       Attorney for Defendant,
                                       MICHAEL IAN CONWAY

DATED: October 15, 2010                BENJAMIN B. WAGNER
                                       United States Attorney

                                 By:   /s/ Mark J. McKeon
                                       MARK J. McKEON
                                       Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: October 20, 2010
                                 /s/ Lawrence J. O'Neill
                                 HON. LAWRENCE J. O'NEILL
                                 UNITED STATES DISTRICT JUDGE